**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION**

HECTOR DANIEL
CASTANEDA-AGUIRRE

CIVIL ACTION NO. 26-1833

VERSUS

JUDGE ALEXANDER C. VAN HOOK

WARDEN PINE PRAIRIE ICE
PROCESSING CENTER, ET AL.

MAGISTRATE JUDGE LEBLANC

## ORDER

Hector Daniel Castaneda-Aguirre ("Petitioner") filed a deficient petition for a writ of habeas corpus, Record Document 1, and a motion for injunctive relief, which the pro se Petitioner called a Motion to Enjoin Transfer, Record Document 2. Once cured, the petition for a writ of habeas corpus, Record Document 1, is **REFERRED** to the Magistrate Judge for recommendation. For the following reasons, the motion for injunctive relief is **DENIED**.

In his motion for injunctive relief, the Petitioner seeks a temporary stay of his removal. Even when couched as a request to "preserve the status quo," the United States Court of Appeals for the Fifth Circuit has made clear: "[a] request for stay of removal is a challenge to a removal order[,]" and the district court lacks "jurisdiction to grant such relief[.]" *Imran v. Harper*, No. 25-30370, 2026 WL 93131, at *1 (5th Cir. Jan. 13, 2026).

Moreover, although this Court has "the power to preserve existing conditions while it [determines] its own authority to grant injunctive relief[,]" the Petitioner has

not alleged any sort of lawful status, and without such, the Court declines to grant him temporary relief. *Cf. Umanzor Maldonado v. Lyons*, No. 26-112, 2026 WL 196521, at *2 (W.D. Tex. Jan. 20, 2026) (restraining removal during habeas proceeding where noncitizen had deferred action status).

In the alternative, the Petitioner asks for an order prohibiting his transfer to another jurisdiction. Such a transfer would not deprive the Court of jurisdiction, and therefore, injunctive relief is unwarranted. *Griffin v. Ebbert*, 751 F.3d 288, 290 (5th Cir. 2014) ("Jurisdiction attached on that initial filing for habeas corpus relief, and it was not destroyed by the transfer of petitioner and accompanying custodial change.").

**DONE AND SIGNED** at Shreveport, Louisiana, this 8th day of June, 2026.

_____
ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE